IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JONES,

     Plaintiff,                    No. CIV S-03-0119 DFL DAD P

     vs.

LOU BLANAS, et al.,

     Defendant.             <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On August 4, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 4, 2005 are adopted in full;

2. Defendants' motion to dismiss, filed on February 11, 2005, is denied; and

3. Defendants Green and Kacalek shall file and serve their answer within thirty days from the service of this order.

DATED: 9/14/2005

_____
DAVID F. LEVI
United States District Judge

2