IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JONES,

      Plaintiff,                      No. CIV S-03-0119 DFL DAD P

  vs.

LOU BLANAS, et al.,

      Defendants.          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Before the court is defendant Mabeus' motion to compel responses to discovery requests and for sanctions. Plaintiff has not filed any opposition.

        Defendant contends that on April 22, 2005, plaintiff was served with special interrogatories and requests for production of documents. When plaintiff failed to respond to the discovery requests, defendant sent a letter to plaintiff and extended the deadline for the responses to July 5, 2005. On July 9, 2005, plaintiff served responses on defendant's counsel, however, defendant argues that the responses were neither signed nor verified as required by Rules 26(g) and 33(b)(1) and (2) of the Federal Rules of Civil Procedure. In addition, defendant contends that plaintiff has failed to furnish the requested information. For example, in response to a question requesting the names of witnesses and to identify documents which support his claim,

1

plaintiff responded, "To be presented at/on witness list[]" and "To be presented upon completion of Discovery [sic]." Defendant requests that the court order plaintiff to provide further responses to the discovery requests and to pay defendant $862.50 for attorney fees in connection with this motion.

The court has reviewed the responses to the interrogatories and requests for production of documents. The court will order plaintiff to provide defendant with a signed and verified copy of his July 9, 2005 responses to interrogatories, and to provide signed and verified supplemental responses to interrogatories which were evasive or incomplete. Plaintiff is cautioned that the following responses are unacceptable: "TBD," "not applicable or appropriate," or "N/A." As to defendant's requests for production of documents, it appears that plaintiff produced no documents and provided "N/A," as his response to most of the production requests. The court will order plaintiff to respond to all of the production of documents requests. Despite plaintiff's inadequate responses, it appears that plaintiff made some attempt to respond to defendant's discovery requests. Therefore, the court will not order the imposition of monetary or other sanctions at this time.

Accordingly, IT IS ORDERED that:

1. Defendant Mabeus' July 14, 2005 motion to compel is granted in part as follows;

2. Plaintiff shall provide a signed and verified copy of his July 9, 2005 responses to defendant's first set of interrogatories;

3. Plaintiff shall provide signed and verified supplemental responses for special interrogatories numbered 3, 4, 5, 8, 9, 11, 12, 13, 15, 16, 17, 18, 21, 23, 24 and 25; and

/////
/////
/////
/////

4. Plaintiff shall produce the documents requested by defendant Mabeus in his request for production of documents, set one. See Rule 34 of the Federal Rules of Civil Procedure.

DATED: October 19, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jone0119.disc