MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
DUANE F. MABEUS, M.D.,
DEPUTY GREEN, and DEPUTY KACALEK

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JONES, )<br>)<br>     Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>LOU BLANAS et al., )<br>)<br>)<br>     Defendants. )<br>_____ ) | CASE NO. CIV S-03-0119 DFL DAD P<br><br>ORDER ON DEFENDANTS' EX PARTE<br>APPLICATION TO VACATE PRETRIAL<br>DEADLINES & TRIAL DATE PENDING A<br>RULING ON DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

This cause came on for hearing on the ex parte application of defendants Mabeus, Green and Kacalek for an order vacating the existing pretrial deadlines and trial date and to reset the same, if necessary, following the District Court's ruling on defendants' motion for summary judgment, and it appearing to this Court that good cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The July 21, 2006 deadline for the filing of Plaintiff's pretrial statement; August 4, 2006 deadline for the filing of Defendants' pretrial statement; August 11, 2006 pretrial conference and October 30, 2006 jury trial dates are vacated.

/////

1         2.  That if necessary, the Court will issue a revised scheduling order following the ruling

2  on defendants' motion for summary judgment establishing pretrial deadlines and a new trial

3  date.

4  DATED: July 24, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:4
jone119.vac