IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JONES,

    Plaintiff,                                No. CIV S-03-0119 DFL DAD P

    vs.

LOU BLANAS, et al.,

    Defendants.                         ORDER

_____/

Plaintiff has requested an extension of forty-five days to file his objections to the findings and recommendations filed in this action on January 17, 2007. Plaintiff contends that he has limited access to the law library and that he has "been unable to make the necessary investigation and research in order to prepare and file 'Objections to Magistrate Judge's findings and Recommendations' on or before the date herein, Feb. 5, 07." (Req. at 1-2.) No explanation has been provided as to the specific research plaintiff has completed or intends to pursue. Plaintiff is informed that in the findings and recommendations, the court provided the legal standards governing a medical care claim and summary judgment motion. Moreover, the purpose of the objections is to inform the court of "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(C). An extensive legal brief is not necessary. Therefore, the court will grant plaintiff a limited extension of time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 26, 2007 motion for an extension of time is granted in part;

2. Plaintiff shall file his objections to the January 17, 2007 findings and recommendations on or before March 7, 2007; and

3. No further extensions of time will be granted.

DATED: February 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
jone0119.36(3)