IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JONES,

      Plaintiff,                          No. CIV S-03-0119 DFL DAD P

   vs.

LOU BLANAS, et al.,

      Defendants.               <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On February 9, 2007, plaintiff was granted an extension of time to March 7, 2007, to file objections. Plaintiff was cautioned that no further extensions of time will be granted. The time period has now expired and neither party has filed objections to the findings and recommendations.

/////

/////

1

1       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 17, 2007 are adopted in full;

    2. Defendants' motion for summary judgment, filed on April 21, 2006, is granted; and

    3. This action is dismissed.

DATED: March 16, 2007

                        /s/ David F. Levi
                        UNITED STATES DISTRICT JUDGE

/jone0119.jo(2)